**In the United States District Court**
**for the Northern District of Illinois**

**United States of America,**
**Plaintiff,**

**v.**
Orlando Haynes
**Defendant.**

**Case number** 20cr26-1

**Judge** Alonso

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Orlando Haynes

**Under seal?** ☐ Yes ☒ No

**Defendant number** 1

**Representation type** SR

**Type of person represented** Adult

**Court order** Appointing Counsel

**Payment category** Other

**Name of Prior Attorney** n/a

**Name of appointed attorney** Keri A. Ambrosio

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

[signature] 10/20/2020

**Signature of Presiding Judge or by Order of the Court** **Date**

**Nunc Pro Tunc Date:** October 15, 2020 **or** ☐ **None**

---

## ORDER APPOINTING INTERPRETER UNDER CJA

*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☐ **Yes** ☐ **No**
**Prior authorization approved?** ☐ **Yes** ☐ **No** ☐ **Not applicable**

**Signature of Presiding Judge or by Order of the Court** **Date**

**Nunc Pro Tunc Date:** **or** ☐ **None**